ADELINE STEINKOHL, as Administratrix of the Estate of MAC M. STEINKOHL, Deceased, Respondent, v. MARTIN DORSCH et al., Copartners under the Firm Name of ARMOR ELEVATOR Co., et al., Defendants, and BROOKMAN REALTY CORPORATION, Appellant.

MARION WISCHNIE, as Administratrix of the Estate of ALEX WISCHNIE, Deceased, Respondent, v. MARTIN DORSCH et al., Copartners under the Firm Name of ARMOR ELEVATOR Co., et al., Defendants, and BROOKMAN REALTY CORPORATION, Appellant.

Argued October 16, 1947; decided November 13, 1947.

*I. Maurice Wormser, Frederick Evan Crane, Andrew F. Van Thun, Jr., Charles Lamb* and *Martin J. Forgang* for appellant.

*Louis Nizer* and *Walter S. Beck* for respondents.

*Bernard Katzen, William H. Stieglitz* and *Harry Schechter* for impleaded defendant.

Judgments affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.